UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-22570-KMM

JENNIFER VITE,

    Plaintiff,

v.

VARIETY CHILDREN'S HOSPITAL
d/b/a NICKLAUS CHILDREN'S
HOSPITAL, a Florida Not For Profit Corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JENNIFER VITE, and Defendant, VARIETY CHILDREN'S HOSPITAL d/b/a NICKLAUS CHILDREN'S HOSPITAL, hereby submit this Notice of Settlement to advise the Court that the parties have reached a settlement of all claims set forth in the Amended Complaint, including attorney's fees and costs. The parties request thirty (30) days in which to finalize the settlement agreement and file a Joint Stipulation of Dismissal.

| | |
|---|---|
| By: _s/ Ingrid H. Ponce_ | By: s/Peter M. Hoogerwoerd |
| INGRID H. PONCE, ESQ. | Peter M. Hoogerwoerd, Esq. |
| Florida Bar No.: 166774 | Florida Bar No.: 0188239 |
| E-mail: iponce@stearnsweaver.com | pmh@rgpattorneys.com |
| PAUL CRUCET, ESQ | Corey L. Seldin, Esq. |
| Florida Bar No.: 122169 | Florida Bar No. 1026565 |
| E-mail: pcrucet@stearnsweaver.com | cseldin@rgpatttorneys.com |
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. | *REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC* |
| Museum Tower, Suite 2200 | 2745 Ponce De Leon Blvd. |
| 150 West Flagler Street | Coral Gables, FL 33134 |
| Miami, Florida 33130 | (305) 416-5000- Telephone |
| Telephone: (305) 789-3200 | (305) 416-5005- Facsimile |
| Facsimile: (305) 789-3395 | |
| *Attorneys for Defendant, VARIETY CHILDREN'S HOSPITAL d/b/a NICKLAUS CHILDREN'S HOSPITAL* | *Attorneys for Plaintiff, JENNIFER VITE* |

#11023977 v1 44002 0011

1